**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **Amy White,** | **Case No. 5:25CV2554** |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| **-vs-** | **Magistrate Judge Carmen E. Henderson** |
| **Commissioner of Social Security,** | **MEMORANDUM OPINION AND ORDER** |
| **Defendant.** | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Carmen E. Henderson (Doc. No. 11), recommending that the decision of the Commissioner be reversed and remanded for further proceedings under Sentence Four of 42 U.S.C. § 405(g). The Commissioner filed a Response indicating that he will not be filing Objections. (Doc. No. 12.) For the following reasons, the Report and Recommendation (Doc. No. 11) is ADOPTED. The decision of the Commissioner is REVERSED and the case is REMANDED pursuant to Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with the Report & Recommendation.

## I. Background

On November 24, 2025, Plaintiff Amy White filed a Complaint (Doc. No. 1) challenging the final decision of the Defendant Commissioner of Social Security ("Commissioner"), denying her application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act. Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Henderson.

On August 12, 2026, the Magistrate Judge issued a Report and Recommendation, in which she found that the ALJ erred when he failed to adequately account for the social interaction and

adaptive limitations opined by the state agency psychologists. (Doc. No. 11.) The Magistrate Judge, therefore, recommended that the decision of the Commissioner denying White's application for benefits be reversed and the case remanded for further proceedings consistent with the Report & Recommendation. (*Id*.) Objections to the Report and Recommendation were to be filed within 14 days of service. On August 19, 2026, the Commissioner filed a Response indicating that he would not be filing Objections to the Report and Recommendation. (Doc. No. 12.)

## II. Standard of Review

The applicable standard of review of a Magistrate Judge's Report and Recommendation depends upon whether objections were made to that report. When objections are made, the district court reviews the case *de novo*. Specifically, Federal Rule of Civil Procedure 72(b) states in pertinent part:

> The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instruction.

Although the standard of review when no objections are made is not expressly addressed in Rule 72, the Advisory Committee Notes to that Rule provide that "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72, Advisory Committee Notes. Moreover, in *Thomas v. Arn*, 474 U.S. 140, 150 (1985), the United States Supreme Court explained that "[i]t does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."

## III. Analysis and Conclusion

Here, as stated above, the Commissioner has indicated that he will not be filing objections to the Report and Recommendation of Magistrate Judge Henderson that the decision of the Commissioner be reversed and the case remanded pursuant to Sentence Four. This Court has nonetheless carefully and thoroughly reviewed the Report and Recommendation and agrees with the findings set forth therein. The Report and Recommendation of Magistrate Judge Henderson is, therefore, ADOPTED. The decision of the Commissioner denying Plaintiff's application for SSI is REVERSED and the case is REMANDED pursuant to Sentence Four of § 405(g) for further proceedings consistent with the Report & Recommendation.

**IT IS SO ORDERED.**

*s/Pamela A. Barker*

Date: August 19, 2026

PAMELA A. BARKER
U. S. DISTRICT JUDGE